IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HE QING ZHANG,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN E. POTTER, Postmaster General, United States Postal Services<br><br>          Defendant.<br>_____/ | No. C-04-3214 EDL<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

On June 10, 2005, the Court issued its Order Granting Motion to Dismiss with Leave to Amend, which held that "Plaintiff shall file an amended complaint by June 21, 2005, if he can do so within the constraints of Rule 11 of the Federal Rules of Civil Procedure." On June 20, 2005, the Court issued its Order Denying Plaintiff's Request for Reconsideration.

To date, Plaintiff has not filed an amended complaint and has not requested an extension to do so. IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 7, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge